BK Attorney Services, LLC
BK Attorney Services, LLC
PO Box 1028
Davenport, WA  99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Jul 20, 2011     TIME RECEIVED: 11:49AM     TOTAL SERVED: 29

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:     Nicole A Serra                         CASE NO: 11-22900

CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:    Bronson Law Offices, P.C.
ADDRESS                600 Mamaroneck Avenue, Suite 400
                              Harrison, NY 10528
PHONE                     914-269-2530

On Wednesday, July 20, 2011, a copy of the following documents, described below,

**Chapter 13 Plan**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: July 20, 2011

                                  /s/ Elizabeth Harlan
                                  Elizabeth Harlan, BK Attorney Services, LLC
                                  An Authorized Notice Provider for
                                  the United States Bankruptcy Courts

```
Label Matrix for local noticing        AES/PHEAA                              White Plains Division
0208-7                                 PO Box 8147                            300 Quarropas Street
Case 11-22900-rdd                      Harrisburg, PA 17105-8147              White Plains, NY 10601-4140
Southern District of New York
White Plains
Wed Jul 20 16:59:10 EDT 2011

Aes/deutsche Elt                       (p)AMERICAN HONDA FINANCE              Bank Of America
Po Box 2461                            P O BOX 168088                         Po Box 17054
Harrisburg, PA 17105-2461              IRVING TX 75016-8088                   Wilmington, DE 19850-7054


Bronson Law Offices, P.C.              Chase                                  Chase Auto
600 Mamaroneck Ave, Suite 400          Research Dept. 3415 Vision Dr.         2000 Marcus Avenue
Harrison, NY 10528-1613                Columbus, OH 43219-6009                New Hyde Park, NY 11042-1036


Citi                                   Citi Flex                              Citibank Sd, Na*
Po Box 6241                            Po Box 6241                            Attn: Centralized Bankruptcy
Sioux Falls, SD 57117-6241             Sioux Falls, SD 57117-6241             PO Box 20507
                                                                              Kansas City, MO 64195-0507


Cohen & Slamowitz, LLP                 DEUTSCHE ELT/SUNTRST                   FIA Card Services, NA as successor in intere
199 Crossways Park Drive               AES/PHEAA                              Bank of America NA and MBNA America Bank
PO Box 9004                            P.O.BOX 8183                           PO Box 15102
Woodbury, NY 11797-9004                HARRISBURG, PA 17105-8183              Wilmington, DE  19886-5102


GEMB / HH Gregg*                       Gemb/sony The Wiz                      Gemb/walmart Dc
Attention: Bankruptcy                  Po Box 981439                          Po Box 981400
PO Box 103106                          El Paso, TX 79998-1439                 El Paso, TX 79998-1400
Roswell, GA 30076-9106


Gemb/walmart Dc*                       JP Morgan Chase Bank, N.A.             Lb Retail*
Attention: Bankruptcy                  Chase Auto Finance                     Attn: Bankruptcy
PO Box 103104                          P.O. Box 901032                        PO Box 182686
Roswell, GA 30076-9104                 Ft Worth, TX 76101-2032                Columbus, OH 43218-2686


TARGET NATIONAL BANK                   Target N.b.                            Tnb-visa*
C O WEINSTEIN AND RILEY, PS            Po Box 673                             PO Box 560284
2001 WESTERN AVENUE, STE 400           Minneapolis, MN 55440-0673             Dallas, TX 75356-0284
SEATTLE, WA 98121-3132


United States Trustee                  Unvl/citi                              Unvl/citi*
33 Whitehall Street                    Po Box 6241                            Attn.: Centralized  Bankruptcy
21st Floor                             Sioux Falls, SD 57117-6241             PO Box 20507
New York, NY 10004-2122                                                       Kansas City, MO 64195-0507


eCAST Settlement Corporation assignee of Cit   H. Bruce Bronson Jr.           Jeffrey L. Sapir-13
(South Dakota) NA                      600 Mamaroneck Ave                     As Chapter 13 and 12 Trustee
POB 29262                              Suite 400                              399 Knollwood Road
New York NY 10087-9262                 Harrison, NY 10528-1613                Suite 102
                                                                              White Plains, NY 10603-1936
```

Nicole A Serra
32 Lafayette Street
New Rochelle, NY 10805-3908

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| American Honda Finance | (d)American Honda Finance Corporation | (d)American Honda Finance* |
|---|---|---|
| 600 Kelly Way | National Bankruptcy Center | PO Box 168088 |
| Holyoke, MA 01040 | P.O. Box 168088 | Irving, TX, 75016 |
| | Irving, TX 75016-8088 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AES/PHEAA            End of Label Matrix
PO BOX 8147             Mailable recipients    30
HARRISBURG PA 17105-8147  Bypassed recipients     1
                        Total                  31